```
PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:23-PO-00153-CKD |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE: September 21, 2023 |
| JOSE A. CORONADO, | ) TIME: 9:30 a.m. |
| | ) JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on September 21, 2023 at 9:30 a.m.

2. On September 19, 2023, counsel for defendant reached out to counsel for the government to discuss a possible resolution. The same day, counsel for the United States informed defendant's counsel that it intended to file an information and had requested documents from the DMV to confirm potential charges. The documents have not

STIPULATION AND ORDER             1             U.S. v. JOSE A. CORONADO

1 | yet been received.
2 |     3.   Accordingly, the parties require additional time to
3 | complete discovery and discuss potential resolution.
4 |     4.   By this stipulation, the parties now jointly move to
5 | continue the status conference to October 19, 2023, at 9:30 a.m, and
6 | to exclude time between September 21, 2023 and October 19, 2023,
7 | under Local Code T4.
8 |     IT IS SO STIPULATED.

DATED: September 19, 2023      PHILLIP A. TALBERT
                               United States Attorney

                         By:   */s/ Alstyn Bennett*
                               ALSTYN BENNETT
                               Assistant U.S. Attorney


                               */s/ Linda Harter*
                               LINDA HARTER
                               Assistant Federal Defender
                               Counsel for Defendant

/ / /

/ / /

/ / /

STIPULATION AND ORDER                 2              U.S. v. JOSE A. CORONADO

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference currently scheduled on September 21, 2023 at 9:30 a.m. is continued to October 19, 2023, at 9:30 a.m.

The Court has considered all of the factors listed above and specifically finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The Court orders that time under the Speedy Trial Act shall be excluded from September 21, 2023, to October 19, 2023, under Local Code T4.

FOUND AND ORDERED

Dated: September 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE